# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              Case No.12-04561-RM3-13
ANGELA M MOORE                    JUDGE RANDAL S MASHBURN
803 POPE ST                            DATE: May 08, 2015
CLARKSVILLE, TN 37040

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

      In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$397.83** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **UNITED CREDIT RECOVERY LLC** | P O BOX 953245<br>LAKE MARY, FL 32795 | $397.83 |

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com